UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJESTIC ZULU, | No. 2:24-cv-01892-CKD |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK PRISONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On August 9, 2024, plaintiff filed a motion for leave to amend his complaint. However, plaintiff's motion was not accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 4) is denied without prejudice to refiling with a proposed amended complaint.

/////

/////

/////

1

Dated: September 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/zulu1892.10b.new

2