UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJESTIC ZULU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MULE CREEK PRISONS, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-01892-CKD P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

　　　　Plaintiff, a state prisoner at Mule Creek State Prison, opened this case with a one-page document styled as "Injunctive Relief request" requesting damages and injunctive relief. (ECF No. 1.) On July 30, 2024, the court informed plaintiff that in order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and must either pay the required filing fee or be granted leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court also informed plaintiff that the court will not issue any orders granting or denying relief until an action has been properly commenced. Accordingly, plaintiff's motion for injunctive relief was denied without prejudice. The Clerk of the Court provided plaintiff with copies of the court's form for filing a civil rights action and an application to proceed in forma pauperis. (ECF No. 3.)

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

On August 9, 2024, plaintiff filed a one-page document styled as "Requesting to amend my petition…." (ECF No. 4.) The court denied the request without prejudice to refiling if accompanied by a proposed amended complaint. (ECF No. 5.)

More than five months have passed since plaintiff initiated this action and plaintiff has not filed a complaint with claims set forth in numbered paragraphs as required by Rules 3 and 10(b) of the Federal Rules of Civil Procedure. Plaintiff also has not requested to proceed in forma pauperis or paid the filing fee. In the court's order dated July 30, 2024, plaintiff was warned that failure to comply with the court's order to file a complaint and either pay the filing fee or seek to proceed in forma pauperis would result in a recommendation that this matter be dismissed. (ECF No. 3 at 2.) Even though the court provided plaintiff with the appropriate forms and an opportunity to properly initiate this action, plaintiff has not done so.

For the reasons set forth above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 30, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, zulu1892.nocompl.fr